**UNDER SEAL**                                                                                    **FILED**
                                                                                          **CHARLOTTE, NC**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA          JAN 22 2018
CHARLOTTE DIVISION
DOCKET NO.: 3:18CR10                              US DISTRICT COURT
                                                  WESTERN DISTRICT OF NC

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) UNDER SEAL |
| v. | ) **ORDER TO SEAL THE INDICTMENT** |
| | ) |
| (1) STEVEN WILLIAM BOLEN, | ) |
| (2) LACEY VICTORIA CHAMBLESS | ) |
|     a/k/a "STEPHANIE," | ) |
| (3) KYLE LEE TINLEY, | ) |
| (4) KYLE ANTHONY LAUHON, | ) |
| (5) DEBBIE ELAINE JAIMES, | ) |
|     a/k/a DEBBIE ELAINE STEWART and | ) |
|     a/k/a DEBBIE ELAINE SMART, | ) |
| (6) JACOB SCOTT DIXON, | ) |
|     a/k/a JAY DIXON, | ) |
| (7) RANDY ROSCOE JENKINS, JR., | ) |
| (8) JAMES ROBERT COOKE, | ) |
| (9) BRENDAN EUGENE TINLEY, and | ) |
| (10) DANIEL RAY ROSE | ) |
| | ) |

UPON MOTION of the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, for an order directing that the Indictment, Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Indictment, Motion to Seal and this Order, be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 22nd day of January, 2018.

_____
UNITED STATES MAGISTRATE JUDGE