IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CR-00010-RJC-DSC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| STEVEN WILLIAM BOLEN (1) | ) | |
| KYLE LEE TINLEY (3) | ) | |
| KYLE ANTHONY LAUHON (4) | ) | |
| DEBBIE ELAINE JAIMES (5) | ) | |
| JACOB SCOTT DIXON (6) | ) | |
| RANDY ROSCOE JENKINS JR. (7) | ) | |
| BRENDEN EUGENE TINLEY (9) | ) | |
| ZACHARY STALNAKER (11) | ) | |
| STACY JAMES SMITH (12) | ) | |
| DEVON RAY BLANTON (13) | ) | |
| | ) | |

**THIS MATTER** is before the Court on the government's Motion for Final

Determination of Restitution, (Doc. No. 361), to which the defendants have not

objected.

At the sentencing of this matter, the Court held that final determination of

restitution would be left open as authorized by 18 U.S.C. § 3664(d)(5). The

government has proposed a list of victims and losses, supported by a preponderance

of the evidence, that constitutes a "final determination" for purposes of ordering

restitution pursuant to the Mandatory Victim Restitution Act, 18 U.S.C. § 3663A.

(Doc. No. 361: Motion at Exhibit A).

**IT IS, THEREFORE, ORDERED** that, based on the reasons set forth in the

government's motion, 18 U.S.C. § 3664(d)(5), and the Mandatory Victim Restitution

Act, the Judgment for each defendant captioned above, (Doc. Nos. 318 (Bolen), 314

(K. Tinley), 304 (Lauhon), 312 (Jaimes), 306 (Dixon), 326 (Jenkins), 310 (B. Tinley), 322 (Stalnaker), 358 (Smith), and 316 (Blanton), shall be amended to include a final restitution figure of $254,453.98 in the amounts listed in Exhibit A to the motion, (Doc. No. 361-1).

Each defendant is jointly and severally liable with the other co-defendants who have been ordered to pay restitution in this case. The victims' recovery is limited to the amount of their loss and the defendants' liability for restitution ceases if and when the victims receive full restitution. Any payment that is not payment in full shall be divided proportionately among the victims.

All other terms of the original Judgments remain unchanged.

The Clerk is directed to certify copies of this order to defendants, the United States Attorney, the United States Marshals Service, the United States Probation Office, and the Financial Administration Unit of the Clerk's Office.

Signed: March 29, 2022

Robert J. Conrad, Jr.
United States District Judge